AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| AXIOM DRILLING CORP, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 13-CV-0208-TOR |
| COUGAR MINERALS CORP | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Plaintiff, Axiom Drilling LLC, recover from Defendant, Cougar Minerals Corp, in the amount of $327,092.47 plus interest at the rate of 18% from February 27, 2013, to the date judgment is entered, with the judgment bearing interest at the rate of 12% per year from the date of entry of judgment until satisfaction of judgment, and without an award of costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a motion for Stipulated Entry of Judgment.

Date: 06/06/2013

*CLERK OF COURT*

s/ Linda L. Hansen
Deputy Clerk

Signature of Clerk or Deputy Clerk